# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2058

Tanner W. Roth, et al.

Appellants

v.

Lloyd J. Austin, III, in his official capacity as United States Secretary of Defense, et al.

Appellees

___

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:22-cv-03038-BCB)

___

**ORDER**

Appellant's motion to expedite this appeal is granted in part. The parties' briefs will be due in accordance with the briefing schedule entered contemporaneously with this order. No extensions of time will be granted absent a showing of extraordinary circumstances. The clerk is directed to set this case for oral argument during the September 2022 court session.

May 31, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans