# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2058

Tanner W. Roth, et al.

Appellants

v.

Lloyd J. Austin, III, in his official capacity as United States Secretary of Defense, et al.

Appellees

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:22-cv-03038-BCB)

---

**ORDER**

The motion to file volume 2 of the appellees' supplemental appendix under seal is granted. The Court is hereby sealing the following: volume 2 of the appellees' appendix.

July 22, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans