UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TANNER W. ROTH, *et al.*, <br>         *Plaintiffs*, <br><br> v. <br><br> LLOYD J. AUSTIN, <br> United States Secretary of Defense, *et al.*, <br>         *Defendants*. | Civil Action No. 8:22-cv-03038 |

## DEFENDANTS' NOTICE OF RESCISSION OF THE COVID-19 VACCINATION REQUIREMENT

Defendants hereby notify the Court that on January 10, 2023, in accordance with the National Defense Authorization Act for Fiscal Year 2023, the Secretary of Defense rescinded the COVID-19 vaccination requirement for military service members. *See* Ex. A ("Rescission Memorandum") (rescinding the August 24, 2021 and November 30, 2021 memoranda requiring COVID-19 vaccination). The Rescission Memorandum provides that "[n]o individuals currently serving in the Armed Forces shall be separated solely on the basis of their refusal to receive the COVID-19 vaccination if they sought an accommodation on religious, administrative, or medical grounds." *Id*. at 1. It further provides that the "Military Departments will update the records of such individuals to remove any adverse actions solely associated with denials of such requests." *Id*.

| | |
|---|---|
| Dated: January 11, 2023 | Respectfully submitted, |
| STEVEN A. RUSSELL<br>United States Attorney<br>District of Nebraska | BRIAN M. BOYTON<br>Principal Deputy Assistant Attorney General |
| | ALEXANDER K. HAAS<br>Director |
| By: s/ Timothy R. Hook<br>TIMOTHY R. HOOK, #24529<br>Assistant U.S. Attorney<br>1620 Dodge Street, Suite 1400<br>Omaha, NE 68102-1506<br>Tel.: (402) 661-3700<br>Fax: (402) 661-3081<br>thook@usa.doj.gov | ANTHONY J. COPPOLINO<br>Deputy Director<br><br>  s/ Stuart J. Robinson<br>STUART J. ROBINSON<br>Senior Counsel<br>JOHNNY H. WALKER<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>Tel.: (415) 436-6635 / Fax: (415) 436-6632<br>Email: stuart.j.robinson@usdoj.gov |

*Attorneys for Defendants*