IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TANNER W. ROTH, JON W. SMITHLEY, LOGAN M. PRIEBE, VICTORIA S. ROBERTS, TIMOTHY C. BEXTEN, ZACHARY R. BRAUM, ARMAND G. FONDREN, II; NATHAN P. GAVIC, BRENNAN L. BARLOW, MICHAEL T. EDWARDS, MATTHEW J. CASCARINO, MATTHEW C. DOWNING, KEVIN DUNBAR, CAMERON M. GRIM, AARON F. KARPISEK, IAN C. MCGEE, EVAN MCMILLAN, ZACHARY MORLEY, MATTHEW L. NELSON, BRYAN STIGALL, KYNAN VALENCIA, MORGAN T. VIAR, DANIEL VERA PONCE, ADAM R. CASSIDY, TRISTAN M. FRIES, and AIRMEN 1-11,<br><br>               Plaintiffs,<br><br>vs.<br><br>LLOYD J. AUSTINIII, In his official capacity as United States Secretary of Defense; UNITED STATES DEPARTMENT OF DEFENSE, FRANK KENDALLIII, in his official capacity as United States Secretary of the Air Force; ROBERT I. MILLER, in his official capacity as Surgeon General of the united States Air Force; MICHAEL A. LOH, in his official capacity as the Director of the Air National Guard; DAVID A. WEISHAAR, in his official capacity as Adjutant General of the Kansas National Guard; and DARYL L. BOHAC, in his official capacity as Adjutant General of the Nebraska National Guard,<br><br>               Defendants. | 8:22CV3038<br><br>ORDER ON STIPULATION FOR DISMISSAL |

This case is before the Court on the parties' Stipulation for Dismissal. Filing 104. The parties stipulate to dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) because this action is now moot, with each party to bear its own fees and costs. Accordingly,

IT IS ORDERED that the parties' Stipulation for Dismissal, Filing 104, is granted, and this action is dismissed as moot, with each party to bear its own fees and costs.

Dated this 27th day of April, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge